# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **TERRY MCINTIRE,**  Defendant. | **CR 23-99-GF-BMM**  **ORDER** |

The United States having moved unopposed to dismiss the pending revocation petition,

IT IS ORDERED that the United States' motion, (Doc. 89), is GRANTED. The revocation petition (Doc. 76-1) in this matter is DISMISSED.

DATED this 9th day of May, 2024.

_____
John Johnston
United States Magistrate Judge